NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ANTHONY L. KUCZYNSKI, ATUL D. AYER, and PATRICK S.L. WONG**

---

2011-1353
(Serial No 10/131,916)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

JOSEPH LUCCI, Woodcock Washburn LLP, of Philadelphia, Pennsylvania, argued for appellants. With him on the brief were JOHN F. MURPHY and DAVID B. HOFFMAN.

FRANCES M. LYNCH, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for Appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and KRISTI L.R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 14, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |